**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-20292

_____

KENJI NISHIOKA,

Plaintiff-Appellant,

VERSUS

CHARLES M. BALCH, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-4253)
_____
December 10, 1997

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case, we are persuaded that the district court correctly granted the defendants' motion for summary judgment. Accordingly, the judgment of the district court is affirmed.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.